# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. CL15000046 
(CLERK'S OFFICE USE ONLY)

Craig County .................................................. Circuit Court

LCM Corporation ........................... v./In re: ........................... Federal-Mogul Corporation
PLAINTIFF(S) — DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [x] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of U.S. Currency
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [x] Other (please specify) _interference with business expectancy_

[x] Damages in the amount of $ 500,000.00 In excess of are claimed.

December 29, 2015
DATE

[ ] PLAINTIFF [ ] DEFENDANT [x] ATTORNEY FOR [x] PLAINTIFF [ ] DEFENDANT

William B. Hopkins, Jr., Esq.
PRINT NAME

P. O. Box 13366, Roanoke, VA 24033
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

(540) 982-1000 ext. 233

wbhjr@martinhopkinsandlemon.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

VIRGINIA:

IN THE CIRCUIT COURT FOR CRAIG COUNTY

| | |
|---|---|
| LCM CORPORATION, a Virginia corporation, </br></br> Plaintiff, </br></br> v. </br></br> FEDERAL-MOGUL CORPORATION, a Delaware corporation licensed to do Business in Virginia, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CL15000046

COMPLAINT

VALIDATE CASE PAPERS
RCPT : 150000002264
DATE : 12/29/15  TIME: 15:11
CASE : 045CL15000046-00
ACCT : LCM CORPORATION

Comes now LCM Corporation ("LCM"), and in support of its complaint filed herein alleges as follows:

Introduction

1. LCM is a Virginia corporation with its principal offices located in the City of Roanoke, Virginia.

2. Federal-Mogul Corporation ("Federal-Mogul") is a Delaware corporation which, among other things, is a global supplier of products to manufacturers of automotive, light commercial, heavy duty and off - highway vehicles.

## Background

3. Federal-Mogul operates a manufacturing plant in Blacksburg, Virginia. At such plant it manufactures bearings for use in the automotive industry.

4. The manufacturing process at the Federal-Mogul plant in Blacksburg produces aluminum dust as a waste product. Aluminum dust is highly combustible. The aluminum dust has to be periodically removed from the Federal-Mogul plant.

5. For this purpose, Federal-Mogul installed a "baghouse" located next to and just outside its Blacksburg plant in approximately 13 years ago. The baghouse uses a motor and a fan which pulls air through the duct system located inside the plant and which is attached to the machine which produces the aluminum dust. The intent of such system is for the aluminum dust to be conveyed through the duct system from inside the plant through the exterior wall to the baghouse. The system contains a flash protector. The flash protector is a critical safety requirement. The purpose of the flash protector is to stop an explosion or conflagration of the dust in the baghouse from going back through the conveyance ductwork into the plant so as to prevent injury, death and further property damage.

6. Within the baghouse located outside the building are filter bags intended to collect the dust. If the baghouse is working properly, the drum fills up with dust and must be emptied. Furthermore, the filter bags within the baghouse have to be changed on a regular basis.

7. After installation of the dust collection system, and before the explosion which is the genesis of this action, Federal-Mogul never emptied the drum which collected the aluminum dust. The drum never filled up with dust from the date of installation until the date of the explosion, a period of more than six years. This is a highly abnormal condition for an explosive dust collection system and is indicative of severe malfunction. This condition put Federal-Mogul on notice that the dust collection system was not performing as it should.

2

8. Upon information and belief, LCM alleges that from the date of installation to the date of the explosion, Federal-Mogul never changed the filter bags of the baghouse.

9. As a result, the aluminum dust produced by Federal-Mogul accumulated inside the baghouse.

### Explosion in the Baghouse

10. Sometime prior to December 31, 2010, Federal-Mogul contracted with LCM to disassemble and clean the overhead conveyance ducts located inside the plant. These ducts run across the top interior of the manufacturing plant approximately 30 feet above floor level. Cleaning these ducts required specialized equipment provided by LCM consisting of a lift device and an external mobile baghouse to permit disassembly cleaning and reassembly of the ducts. Upon information and belief, LCM alleges Federal-Mogul had never cleaned these conveyance ducts. Under the contract, LCM was not responsible for any work in regard to the baghouse which was located outside the plant. Furthermore, Federal-Mogul agreed to lock out and tag out the baghouse before LCM started work.

11. On December 31, 2010, while certain LCM employees were performing the cleaning operation, an explosion occurred in the baghouse outside Federal-Mogul's plant. As a result, a deflagration or flame left the baghouse where the explosion initiated, ran past the flash protector, continued through the outside wall of the plant and into the duct work inside the plant where the LCM employees were working. As a result, the LCM employees were severely burned and injured.

### Federal-Mogul Deflects Blame

12. Following the explosion and fire and the resulting injury to the LCM employees, Federal-Mogul immediately placed the blame for such occurrence on LCM. On information and belief, LCM alleges Federal-Mogul placed such blame on LCM even though Federal-Mogul

3

knew the explosion originated in the baghouse. If the explosion originated in the baghouse, LCM would not be responsible.

13. On information and belief, LCM alleges Federal-Mogul advanced a theory of the explosion to news outlets, the investigating authorities and others which it knew was incorrect.

## Tortious Interference with Business Expectancy

14. Federal-Mogul knew that LCM was in the business of cleaning up hazardous waste products and related activities for numerous businesses in Virginia and elsewhere.

15. Federal-Mogul had used LCM for a number of jobs for several years. As a result, Federal-Mogul knew the companies LCM had worked for and knew about LCM's business expectancy.

16. Notwithstanding this knowledge, Federal-Mogul intentionally interfered with LCM's valid business expectancy in the manner set forth above.

17. As a direct and proximate result of Federal-Mogul knowingly providing an incorrect account of the cause of the explosion and fire at its plant, many of these businesses stopped contracting with LCM.

18. Federal-Mogul used improper means, as described above, to interfere with LCM's business expectancy.

19. As a direct and proximate cause of such interference, LCM has suffered damages in excess of $500,000 in an amount to be determined. LCM will continue to incur damages for the foreseeable future as a result of such interference.

20. By this action, LCM seeks to recover damages from 2011 to the current date and into the foreseeable future.

21. LCM demands a trial by jury.

WHEREFORE, LCM Corporation hereby seeks judgment against Federal-Mogul Corporation in excess of $500,000 in an amount to be determined with interest thereon from January 31, 2011 until paid and its costs incurred herein.

LCM CORPORATION

By _____William B. Hopkins, Jr._____
Of Counsel

William B. Hopkins, Jr., Esq.
Virginia State Bar number 20297
Martin, Hopkins & Lemon, P.C.
P. O. Box 13366
Roanoke, Virginia 24011-3366
Email: wbhjr@martinhopkinsandlemon.com
(540) 982-1000 - telephone
(540) 982-2015 – facsimile

   Counsel for LCM Corporation

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 9839400 | 01-04 12:10 | 00:03:00 | 006/006 | OK | |

Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

**SHARON P. OLIVER**
CLERK
CRAIG COUNTY CIRCUIT COURT
P.O. BOX 185
NEW CASTLE, VIRGINIA 24127
540-864-6141
FAX NUMBER 540-864-7471

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME: Heather Beyer
COMPANY: _____
FAX NUMBER: 540-983-9400
FROM: _____
RE: _____
TOTAL PAGES: 6   INCLUDING COVER PAGE

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE

COMMENTS OR INSTRUCTIONS: _____

This communication is intended only for the use of the intended individual or entity to which it is addressed. It may contain information that is privilege, confidential, or exempt from the employee or agent responsible for delivering the communication to the intended recipient, you have hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this communication is misdirected or there are other difficulties in this transmission, please notify us at the telephone number above.

SENDING CERTIFIED BY: Kathy Martin, DC

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 18043448359 | 01-04 12:08 | 00:01:26 | 006/006 | OK | |

Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

**SHARON P. OLIVER**
CLERK
CRAIG COUNTY CIRCUIT COURT
P.O. BOX 185
NEW CASTLE, VIRGINIA 24127
540-864-6141
FAX NUMBER 540-864-7471

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME: Morris & Morris
COMPANY: _____
FAX NUMBER: 204 - 344 - 8359
FROM: _____
RE: _____
TOTAL PAGES: 6   INCLUDING COVER PAGE

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE

COMMENTS OR INSTRUCTIONS: _____

This communication is intended only for the use of the intended individual or entity to which it is addressed. It may contain information that is privilege, confidential, or exempt from the employee or agent responsible for delivering the communication to the intended recipient, you have hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this communication is misdirected or there are other difficulties in this transmission, please notify us at the telephone number above.

SENDING CERTIFIED BY: _____Kathy Martin, DC_____

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 18043448359 | 01-04 11:05 | 00:00:27 | 000/006 | Cont | |
| 18043448359 | 01-04 11:09 | 00:59:20 | 000/006 | NG | |

Note    TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

## SHARON P. OLIVER
CLERK
CRAIG COUNTY CIRCUIT COURT
P.O. BOX 185
NEW CASTLE, VIRGINIA 24127
540-864-6141
FAX NUMBER 540-864-7471

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME: Morris + Morris
COMPANY:
FAX NUMBER: 804 - 344 - 8359
FROM:
RE:
TOTAL PAGES: 6     INCLUDING COVER PAGE

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE

COMMENTS OR INSTRUCTIONS:

This communication is intended only for the use of the intended individual or entity to which it is addressed. It may contain information that is privilege, confidential, or exempt from the employee or agent responsible for delivering the communication to the intended recipient, you have hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this communication is misdirected or there are other difficulties in this transmission, please notify us at the telephone number above.

SENDING CERTIFIED BY: Kathy Martin, DC

# SHARON P. OLIVER
CLERK
CRAIG COUNTY CIRCUIT COURT
P.O. BOX 185
NEW CASTLE, VIRGINIA 24127
540-864-6141
FAX NUMBER 540-864-7471

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME: Morris & Morris
COMPANY: _____
FAX NUMBER: 804 - 344 - 8359
FROM: _____
RE: _____
TOTAL PAGES: 6  INCLUDING COVER PAGE

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE

COMMENTS OR INSTRUCTIONS: _____

This communication is intended only for the use of the intended individual or entity to which it is addressed. It may contain information that is privilege, confidential, or exempt from the employee or agent responsible for delivering the communication to the intended recipient, you have hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this communication is misdirected or there are other difficulties in this transmission, please notify us at the telephone number above.

SENDING CERTIFIED BY: Kathy Martin, DC

# SHARON P. OLIVER
CLERK
CRAIG COUNTY CIRCUIT COURT
P.O. BOX 185
NEW CASTLE, VIRGINIA 24127
540-864-6141
FAX NUMBER 540-864-7471

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME: Heather Beyer
COMPANY: _____
FAX NUMBER: 540-983-9400
FROM: _____
RE: _____
TOTAL PAGES: 6 INCLUDING COVER PAGE

IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE

COMMENTS OR INSTRUCTIONS: _____

This communication is intended only for the use of the intended individual or entity to which it is addressed. It may contain information that is privilege, confidential, or exempt from the employee or agent responsible for delivering the communication to the intended recipient, you have hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this communication is misdirected or there are other difficulties in this transmission, please notify us at the telephone number above.

SENDING CERTIFIED BY: Kathy Martin, DC



OFFICIAL RECEIPT
COUNTY OF CRAIG CIRCUIT COURT
CIVIL

DATE: 12/29/15 TIME: 15:11:52 ACCOUNT: 045CL15000046-00   RECEIPT: 15000002264
CASHIER: KAM   REG: GG13   FILING: GTOR   TYPE: FULL PAYMENT
CASE COMMENTS: LCM CORPORATION        V. FEDERAL-MOGUL CORPORATI
   SUIT AMOUNT:      $500,000.01
ACCT OF: LCM CORPORATION              RECD: HOPKINS, WILLIAM B; JR
   CHECK:         $346.00   16208
DESCRIPTION 1:  PLAINTIFF: LCM CORPORATION
            2:  NO HEARING SCHEDULED

| CODE | DESCRIPTION        | PAID   | CODE | DESCRIPTION         | PAID  |
|------|--------------------|--------|------|---------------------|-------|
| 304  | CLERK CIVIL FEE    | 290.00 | 049  | WRIT TAX - CIVIL    | 25.00 |
| 106  | TECHNOLOGY TRST FND|   5.00 | 123  | LEGAL AID SERVICES  |  9.00 |
| 147  | INDIGENT ASSISTANCE|   1.00 | 170  | COURT TECH FUND     | 10.00 |
| 219  | LAW LIBRARY        |   4.00 | 229  | CHMF                |  2.00 |
| 228  | CHCF               |    .00 |      |                     |       |

                                      TENDERED   :   346.00
                                      AMOUNT PAID:   346.00
                                      CHANGE AMT :      .00

CLERK OF COURT: SHARON P OLIVER

COURT COPY
RECEIPT COPY  2  OF  2