IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| LCM CORPORATION, a Virginia corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL-MOGUL CORPORATION, a Delaware corporation licensed to do Business in Virginia, <br><br> Defendant. | Civil Action No. 7:16-cv-134 |

## LCM's MOTION FOR VOLUNTARY DISMISSAL

Comes now LCM Corporation ("LCM"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2) and hereby moves the Court for a voluntary dismissal without prejudice or terms.

The grounds for this motion are set forth in the accompanying memorandum.

LCM CORPORATION

William B. Hopkins, Jr., Esq.
Virginia State Bar number 20297
Martin, Hopkins & Lemon, P.C.
P. O. Box 13366
Roanoke, Virginia 24011-3366
Email: wbhjr@martinhopkinsandlemon.com
(540) 982-1000 - telephone
(540) 982-2015 – facsimile

By: /s/ William B. Hopkins, Jr., Esq.
Attorney for Plaintiff

## CERTIFICATE OF MAILING

I, William B. Hopkins, Jr., hereby certify that on April 13, 2016, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will provide notice to the following counsel of record:

>Daniel R. Sullivan
>Gentry Locke Attorneys, LLP
>10 Franklin Road, S.E., Suite 900
>Roanoke, VA 24011
>Sullivan @gentrylocke.com


>/s/ William B. Hopkins, Jr.