IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

LCM CORPORATION, a Virginia corporation,

    Plaintiff,

v.

FEDERAL-MOGUL CORPORATION, a Delaware corporation licensed to do Business in Virginia,

    Defendant.

Civil Action No. 7:16-cv-134

MEMORANDUM IN SUPPORT OF LCM'S
MOTION FOR VOLUNTARY DISMISSAL

Introduction

On December 31, 2010, an explosion at the Federal-Mogul factory in Blacksburg injured three LCM employees. Federal-Mogul implies the explosion occurred as a result of the employees' negligence. Nevertheless, Federal-Mogul settled the employees' claims in a jurisdiction in which contributory negligence is a complete bar to an injured party's lawsuit. Federal-Mogul also required the amount of the settlement to be kept confidential.

On December 29, 2015, LCM filed a complaint in Craig County Circuit Court against Federal-Mogul for tortious interference. LCM now seeks a voluntary dismissal of its complaint without prejudice or terms.

## Statement of Facts

LCM filed its complaint in the Craig County Circuit Court two days before the statute of limitations ran. LCM did not request service of process. A service alerted Federal-Mogul to the pending case. Federal-Mogul removed LCM's complaint to this Court and then shortly thereafter filed a motion to dismiss.

## Argument

Federal Rule of Civil Procedure 41(a)(2) permits this Court to dismiss a complaint, on LCM's request, without prejudice. A Court will usually permit voluntary dismissal so long as it would not inflict undue hardship on the defendant. *Taylor* v. *Virginia, DOT*, 170 F. R. D. 10 (E. D. Va. 1996).

A dismissal of LCM's complaint would not place an undue burden on Federal-Mogul. LCM's complaint was pending in the Craig County Circuit Court without a request for service. LCM had taken no action to prosecute its complaint. Under these circumstances, a voluntary dismissal without prejudice would not cause Federal-Mogul any undue harm.

Accordingly, LCM requests dismissal of its complaint without prejudice or terms.

LCM CORPORATION

William B. Hopkins, Jr., Esq.
Virginia State Bar number 20297
Martin, Hopkins & Lemon, P.C.
P. O. Box 13366
Roanoke, Virginia 24011-3366
Email: wbhjr@martinhopkinsandlemon.com
(540) 982-1000 - telephone
(540) 982-2015 – facsimile

By: /s/ William B. Hopkins, Jr., Esq.
Attorney for Plaintiff

## CERTIFICATE OF MAILING

I, William B. Hopkins, Jr., hereby certify that on April 13, 2016, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will provide notice to the following counsel of record:

        Daniel R. Sullivan
        Gentry Locke Attorneys, LLP
        10 Franklin Road, S.E., Suite 900
        Roanoke, VA 24011
        Sullivan@gentrylocke.com

        /s/ William B. Hopkins, Jr.